# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | 1:15-cv-01754-LJO-EPG-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 13.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT SHERMAN ON PLAINTIFF'S CONDITIONS OF CONFINEMENT CLAIM AND RELATED STATE CLAIMS<br><br>ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

　　　　Joseph D. Rodriguez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's original Complaint filed on November 19, 2015.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 5, 2016, the Court entered Findings and Recommendations, recommending that this action proceed only against defendant Stuart Sherman, on Plaintiff's claim for adverse conditions of confinement and related state claims, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim.  (ECF No. 13.)  Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within

twenty days.   To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 5, 2016, are ADOPTED in full;
2. This action now proceeds with Plaintiff's original Complaint, filed on November 19, 2015, against defendant Stuart Sherman, on Plaintiff's conditions of confinement claim under the Eighth Amendment, and related state claims;
3. All remaining claims and defendants are DISMISSED from this action;
4. Defendants Edmund G. Brown, Jr. (Governor of California) and Kelly Harrington (Director of CDCR) are DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them;
5. Plaintiff's official capacity and supervisory liability claims are DISMISSED from this action based on Plaintiff's failure to state a claim;
6. The Clerk is DIRECTED to reflect the dismissal of all defendants except defendant Stuart Sherman from this case on the Court's docket; and
7. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **May 7, 2016**               /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE