UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. RODRIGUEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | 1:15-cv-01754-LJO-GSA-PC<br><br>ORDER FOR DEFENDANT SHERMAN TO RESPOND TO PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br>(ECF Nos. 9, 17.)<br><br>THIRTY-DAY DEADLINE |

**I.   BACKGROUND**

Joseph D. Rodriguez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The case now proceeds on the original Complaint filed by Plaintiff on November 19, 2015, against Stuart Sherman (Warden of the California Substance Abuse Treatment Facility (SATF)) ("Defendant"), for adverse conditions of confinement and related state claims.  On June 28, 2016, Defendant Sherman appeared in this action by filing a motion to dismiss the Complaint.  (ECF No. 19.)

On December 11, 2015, and May 11, 2016, Plaintiff filed motions for temporary restraining orders, requesting preliminary injunctive relief.  (ECF Nos. 9, 17.)  Defendant Sherman shall be required to respond to these motions within thirty days.

## II. PLAINTIFF'S MOTIONS

Plaintiff is presently incarcerated at the California Substance Abuse Treatment Facility (SATF) in Corcoran, California. Plaintiff seeks a Court order barring prison staff at SATF from transferring him to another facility while this case is pending, and from retaliating against him for filing this case. Plaintiff also requests that Defendant be ordered to provide Plaintiff with prepackaged meals not prepared at SATF, and allow Plaintiff to consume the meals in his private cell. Plaintiff claims that Defendant has not provided him with safe, clean, and adequate food prepared, handled, and served at the E-Yard dining facility since being served his second live cockroach on January 13, 2015. Plaintiff requests to be served prepackaged Kosher meals. Plaintiff suggests that he be allowed to remove all prepackaged Kosher meals provided to him from the dining facility, to be consumed in Plaintiff's cell, pending resolution of this action.

At this stage of the proceedings, Defendant Sherman shall be required to file a response to Plaintiff's motions for preliminary injunctive relief, within thirty days.

## III. CONCLUSION

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, Defendant Sherman shall file a written response to Plaintiff's motions seeking preliminary injunctive relief, filed on December 11, 2015 and May 11, 2016.

IT IS SO ORDERED.

Dated: **July 1, 2016**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE