UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. RODRIGUEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | No.  1:15-cv-01754-LJO-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 9, 17, 25) |

    Joseph D. Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On November 19, 2015, Plaintiff filed the complaint in this case against Stuart Sherman (Warden of the California Substance Abuse Treatment Facility (SATF)) ("Defendant"), for adverse conditions of confinement and related state claims.

    On December 11, 2015 and May 11, 2016, Plaintiff filed motions requesting preliminary injunctive relief seeking court orders preventing his transfer and requiring Defendant to provide him with prepacked meals. (ECF Nos. 9, 17.)  Defendant opposed the motions on several grounds. (ECF Nos. 23-24.)

    The Magistrate Judge recommended on September 2, 2016, that Plaintiff's motions requesting preliminary injunctive relief be denied because "Plaintiff has not shown a likelihood of success on the merits of this case, and the orders for transfer and relief from retaliation sought by

Plaintiff would not remedy any of the claims in this case." (ECF No. 25.)  Plaintiff was notified that he may file written objections with the Court within 20 days after being served with the findings and recommendations. (*Id.*)  As of the date of this Order, Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the findings and recommendations of the Magistrate Judge (ECF No. 25) are ADOPTED in full, and Plaintiff's motions requesting preliminary injunctive relief (ECF Nos. 9, 17) are DENIED.

IT IS SO ORDERED.

Dated:   **October 17, 2016**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE