UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH D. RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | 1:15-cv-01754-LJO-EPG-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANT'S MOTIONS TO DISMISS STATE LAW CLAIMS BE GRANTED, WITHOUT PREJUDICE<br><br>(ECF Nos. 19, 27.) |

　　　　Joseph D. Rodriguez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 1, 2016, the the Magistrate Judge filed a Findings and Recommendations that  Defendant Sherman's Motion to Dismiss (ECF No. 19) be granted and that Plaintiff's state law claims be dismissed without prejudice (ECF No. 27).  This was served on Plaintiff that same day and contained notice that any objections were to be filed within twenty days. (*Id*.)  Plaintiff did not file any objections.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1. The Findings and Recommendations, filed November 1, 2016 (ECF No. 27), are adopted in full;

　　　　1. Defendant Sherman's Motion to Dismiss (ECF No. 19) is GRANTED;

2. Plaintiff's state law claims are dismissed from this case without prejudice; and

3. This case will proceed only on Plaintiff's claim against defendant Sherman for unconstitutional conditions of confinement in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated:  **December 5, 2016**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES CHIEF DISTRICT JUDGE