1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                    **EASTERN DISTRICT OF CALIFORNIA**

6

7    JOSEPH D. RODRIGUEZ,                    **Case No.  1:15-cv-01754-LJO-EPG**

8              Plaintiff,                    **ORDER DIRECTING THE CLERK OF
                                             THE COURT TO CLOSE THE CASE**
9         v.
                                             (ECF No. 42)
10   STUART SHERMAN, et al.,

11             Defendants.

12

13        On March 27, 2017, the parties filed a stipulation dismissing this action with prejudice.

14   (ECF No. 42.) All parties have agreed to the stipulation. In light of the stipulation, this action has

15   been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692

16   (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is

17   DIRECTED to close this case.

18
     IT IS SO ORDERED.
19

20      Dated:   **March 28, 2017**              /s/ Erica P. Grosjean
21                                             UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1